IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:
    1:23-cv-7073-RLY-TAB    Brenton L. Mongan

**ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Before the Court is Plaintiff Brenton Mongan's motion to maintain document under seal. [Filing No. 25776.] Plaintiff seeks to maintain under seal Filing No. 25654, which is Plaintiff's Suggestion of Death with attached Exhibit A, Death Certificate, which inadvertently shows the Decedent's date of birth (unredacted). This personal identifying information requires protection under Fed. R. Civ. P. 5.2. Therefore, Plaintiff's motion is granted. [Filing No. 25776.] The Clerk is directed to maintain Filing No. 25654 under seal, as well as Filing No. 21 in the underlying case, 1:23-cv-7073-RLY-TAB.

Date: 8/20/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.